FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

TURNER W. BRANCH
tbranch@branchlawfirm.com
ADAM T. FUNK
afunk@branchlawfirm.com
BRANCH LAW FIRM
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
Telephone: 505/243-3500
Facsimile:  505/243-3435

Attorneys for Plaintiff

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INKIES SPORTS, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>FACEBOOK, INC., ADSAGE CORPORATION, DHGATE.COM and DOE DEFENDANTS 1-100,<br><br>            Defendants. | Case No. C 13-00938 MEJ<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>CLASS ACTION<br><br>ROOM:    B-17th Floor<br>JUDGE:    Hon. Maria-Elena James |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, that Plaintiff Inkies Sports, Inc. hereby voluntarily dismisses all of its claims against Defendant Facebook, Inc., and this action in its entirety, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties shall each bear their own attorneys' fees and costs.

DATED:  March 13, 2013

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY

   /s/ Rachele R. Rickert
RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:  619/234-4599

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
GREGORY M. NESPOLE
PATRICK H. MORAN
270 Madison Avenue
New York, NY 10016
Telephone:  212/545-4600
Facsimile:  212/545-4653

Attorneys for Plaintiff Inkies Sports, Inc.

DATED:  March 13, 2013

PERKINS COIE LLP
TIMOTHY L. ALGER

   /s/ Timothy L. Alger
TIMOTHY L. ALGER

3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650/838-4300
Facsimile:  650/838-4350

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) - CASE NO. C-13-00938 MEJ

- 1 -

WIGGINS, WILLIAMS & WIGGINS, P.C
JENNY J. DUMAN
LORNA M. WIGGINS
1803 Rio Grande Blvd., N.W.
P.O. Box 1308
Albuquerque, New Mexico  87103-1308
Telephone:  505/764-8400
Facsimile:   505/764-8585

Attorneys for Defendant Facebook, Inc.

### DECLARATION REGARDING CONCURRENCE

I, Rachele R. Rickert, am the ECF User whose identification and password are being used to file this Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Timothy L. Alger has concurred in this filing.

DATED:  March 13, 2013		WOLF HALDENSTEIN ADLER FREEMAN
					 & HERZ LLP

					By:  ___/s/ Rachele R. Rickert__ _____
						RACHELE R. RICKERT

FACEBOOK:19636v2

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P.  41(a)(1)(A)(ii) - CASE NO. C-13-00938 MEJ – CASE NO. C-13-00938 MEJ
- 2 -